UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSHUA HARBER, ET AL.

    Plaintiffs

    v.

LANDMARK RECOVERY OF
CARMEL, LLC,

    Defendant.

Case No. 3:23-CV-840-CCB-ALT

## **ORDER**

This matter is before the Court following Magistrate Judge Andrew Teel's report and recommendation (ECF 189). Judge Teel recommended that the court dismiss the claims of Plaintiffs Phillip Staples, Brian Recker, Kevin Dwenger, Michael Kinley, Brandon Delong, and Paul Martinez with prejudice pursuant to Federal Rule of Civil Procedure 16(f)(1) and 41(b) and the Court's inherent power to manage its own affairs as a result of their failure to attend a show-cause hearing on April 1, 2026 (ECF 181, 186) and comply with the Court's Discovery Orders (ECF 135, 146, 163).

With no objection to the well-reasoned report and recommendation, the Court **ADOPTS** the report in its entirety and incorporates Magistrate Judge Andrew Teel's recommendations into this order. (ECF 189). The Court **DISMISSES WITH PREJUDICE** the claims of Plaintiffs **Phillip Staples, Brian Recker, Kevin Dwenger, Michael Kinley, Brandon Delong,** and **Paul Martinez**.

SO ORDERED on June 15, 2026.

                                        /s/ *Cristal C. Brisco*
                                      CRISTAL C. BRISCO, JUDGE
                                      UNITED STATES DISTRICT COURT